| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2008 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>JONES III, JOHN E. | 2. Court or Organization<br><br>US COURT-MIDDLE DISTRICT OF PA | 3. Date of Report<br><br>05/12/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>240 WEST THIRD STREET<br>SUITE 406<br>WILLIAMSPORT, PA 17701 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. ███████████ | ██████████████████████████ |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2002 | THE STATE EMPLOYEES RETIREMENT SYSTEM (PENNSYLVANIA) FORMER EMPLOYER - VESTED PENSION |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 14 A 11: 29 FINANCIAL DISCLOSURE OFFICE

Jones III_John_E

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/12/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. DESALES UNIVERSITY | 01/22 | CENTER VALLEY, PA | LECTURE | MILEAGE |
| 2. DUQUESNE UNIVERSITY | 2/8 | PITTSBURGH, PA | LECTURE | MILEAGE |
| 3. PENNSYLVANIA BAR INSTITUTE | 2/14 | PHILADELPHIA, PA | LECTURE AT CLE PROGRAM | MILEAGE |
| 4. WILLIAM & MARY SCHOOL OF LAW | 2/15-2/16 | WILLIAMSBURG, VA | MOOT COURT COMPETITION | HOTEL |
| 5. THE NEW YORK INTELLECTUAL PROPERTY LAW ASSOCIATION | 3/28 | NEW YORK, NY | RECEPTION AND DINNER | HOTEL |
| 6. UNIV OF COLORADO | 4/3-4/6 | BOULDER, CO | LECTURE | HOTEL, AIRFARE, AND MEALS |

| Name of Person Reporting | Date of Report |
| --- | --- |
| JONES III, JOHN E. | 05/12/2009 |

| | | | | |
| --- | --- | --- | --- | --- |
| 7. JUSTICE AT STAKE | 4/25-4/26 | WASHINGTON, DC | BOARD MEETING | HOTEL, MILEAGE AND MEALS |
| 8. FEDERAL JUDGES ASSOCIATION | 5/4-5/5 | PENTAGON CITY, VA | BOARD MEETING | MILEAGE, HOTEL, AND MEALS |
| 9. FIRST ADMENDMENT CENTER | 5/12-5/13 | WASHINGTON, DC | SEMINAR | HOTEL, MILEAGE, AND MEALS |
| 10NATIONAL ALCOHOL BEVERAGE CONTROL ASSOCIATION | 5/17-5/21 | MARCO ISLAND, FL | SPEAKER NABCA CONFERENCE | HOTEL, AIRFARE, AND MEALS |
| 11ACE, LTD | 5/22 | PHILADELPHIA, PA | SPEAKER ACE CONFERENCE | MILEAGE |
| 12AMERICAN HUMANIST SOCIETY | 6/6-6/7 | WASHINGTON, DC | RELIGIOUS LIBERTY AWARDS | HOTEL, MILEAGE, AND MEALS |
| 13NOVA C/O WGBH | 6/16 | NEW YORK, NY | PEABODY AWARDS CEREMONY | HOTEL AND MEALS |
| 14NOVA C/O WGBH | 8/6 | WASHINGTON, DC | ABA SILVER GAVEL AWARDS | HOTEL AND MEALS |
| 15AMERICAN BAR ASSOCIATION | 8/8-8/10 | NEW YORK, NY | FED TRIAL JUDGE EXEC MTG | HOTEL AND MEALS |
| 16CASE WESTERN UNIV | 9/25-9/26 | CLEVELAND, OH | LECTURE | AIRFARE AND MEALS |
| 17UNIV OF PENNSYLVANIA | 10/13 | PHILADELPHIA, PA | LECTURE | MILEAGE, HOTEL, AND MEALS |
| 18NATIONAL ASSOCIATION OF BIOLOGY TEACHERS | 10/17 | MEMPHIS, TN | LECTURE NABT CONF | AIRFARE, MILEAGE, AND MEALS |
| 19OHIO STATE UNIVERSITY | 10/20-10/21 | COLUMBUS, OH | LECTURE | AIRFARE, MILEAGE, AND MEALS |
| 20FRAMINGHAM STATE COLLEGE | 11/20-11/21 | FRAMINGHAM, MA | LECTURE | HOTEL AND MILEAGE |
| 21FEDERAL JUDGES ASSOCIATION | 12/2-12/3 | WASHINGTON, DC | BOARD MEETING | MILEAGE, HOTEL, AND MEALS |
| 22PENNSYLVANIA BAR INSTITUTE | 12/9 | PHILADELPHIA, PA | LECTURE AT CLE PROGRAM | MILEAGE |
| 23PENNSYLVANIA BAR INSTITUTE | 12/11 | MECHANICSBURG, PA | LECTURE AT CLE PROGRAM | MILEAGE |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/12/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ██████████ | A | Distribution | O | W | | | | | |
| 2. ██████████ | A | Distribution | N | W | | | | | |
| 3. ██████████ | A | Distribution | O | W | | | | | |
| 4. ██████████ | A | Distribution | M | W | | | | | |
| 5. ██████████ | A | Distribution | N | W | | | | | |
| 6. ██████████ | A | Distribution | K | W | | | | | |
| 7. ██████████ | | None | J | W | | | | | |
| 8. ██████████ | A | Distribution | M | W | | | | | |
| 9. NATIONWIDE-ANNUITY | A | Interest | J | T | | | | | |
| 10. UNION BANK & TRUST CO.-CHECKING | A | Interest | K | T | | | | | |
| 11. QUALITY VENDING INC-50% INTEREST | D | Distribution | L | W | | | | | |
| 12. LOAN RECEIVABLE-PHOENIX CON TRACTING | D | Interest | M | T | | | | | |
| 13. UBPTE-COMMON STOCK (UNION BANCORP INC (UBPT.PK)) | A | Dividend | | | Sold | 4/15 | J | | |
| 14. UBPTE-COMMON STOCK (UNION BANCORP INC (UBPT.PK)) | A | Dividend | | | Sold | 7/21 | J | | |
| 15. UBPTE-COMMON STOCK (UNION BANCORP INC (UBPT.PK)) | A | Dividend | J | T | | | | | |
| 16. DREYFUS PREMIER BALANCED FD. | A | Dividend | J | T | | | | | |
| 17. PENN NATIONAL GAMING - COMMON STOCK | | None | | | Sold | 8/21 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. PENN NATIONAL GAMING - COMMON STOCK | | None | J | T | | | | | |
| 19. CHARLES SCHWAB & CO INC - M/M FUND | A | Interest | J | T | | | | | |
| 20. OPPENHEIMER GLOBAL FUND A - MUTUAL FUND | A | Dividend | J | T | | | | | |
| 21. OPPENHEIMBER CAPITAL APPRECIATION FUND A - MUTUAL FUND | | None | J | T | | | | | |
| 22. BROOKSTREET SECURITIES CORP.-M/M FD. - TREAS FUND | A | Dividend | | | Redeemed | 6/15 | J | | |
| 23. WYE COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 24. CVX COMMON STOCK-IRA | A | Dividend | K | T | | | | | |
| 25. HPQ COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 26. XOM COMMON STOCK-IRA | A | Dividend | K | T | | | | | |
| 27. FULT COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 28. GE COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 29. HON COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 30. KMB COMMON STOCK-IRA | A | Dividend | K | T | | | | | |
| 31. SOV COMMON STOCK-IRA | | None | J | T | | | | | |
| 32. MRK COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 33. MMM COMMON STOCK-IRA | A | Dividend | K | T | | | | | |
| 34. PEP COMMON STOCK-IRA | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. PFE COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 36. TYC COMMON STOCK-IRA | A | Dividend | | | Sold | 12/29 | J | | |
| 37. UNION BANCORP INC - IRA | A | Dividend | J | T | | | | | |
| 38. NATIONWIDE MUTUAL FUND CLASS A | A | Dividend | J | T | | | | | |
| 39. UNION BANK OF POTTSVILLE-SAVINGS | A | Interest | | | Redeemed | 6/15 | K | | |
| 40. SIRIUS SATELLITE RADIO - COMMON STOCK | | None | J | T | | | | | |
| 41. SIRIUS SATELLITE RADIO INC - COMMON STOCK | | None | J | T | | | | | |
| 42. FIDELITY BLUE CHIP VALUE FUND - MUTUAL FUND - FBCVX | A | Dividend | J | T | | | | | |
| 43. VANGUARD PA LONG TERM TAX EX - MUTUAL FUND | A | Dividend | J | T | | | | | |
| 44. FIDELITY REAL ESTATE INCOME FUND - MUTUAL FUND | A | Dividend | J | T | | | | | |
| 45. FIDELITY INVESTMENT - M/M FUND | A | Dividend | J | T | | | | | |
| 46. AFLAC INC - COMMON STOCK - IRA | A | Dividend | J | T | | | | | |
| 47. DREYFUS SMALL CAP - MUTUAL FUND | A | Dividend | J | T | | | | | |
| 48. FIDELITY NEW MKTS INCOME - MUTUAL FUND | A | Dividend | | | Sold | 10/28 | J | | |
| 49. SCHWAB S&P 500 INDEX - MUTUAL FUND | A | Dividend | J | T | | | | | |
| 50. VANGUARD INTL VALUE FUND - MUTUAL FUND - VTRIX | A | Dividend | J | T | | | | | |
| 51. VANGUARD STRATEGIC - MUTUAL FUND - VSEQX | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. FNB DAILY FUND - IRA | A | Dividend | J | T | | | | | |
| 53. HOME DEPOT INC - COMMON STOCK | A | Dividend | J | T | | | | | |
| 54. VERIZON - COMMON STOCK - IRA | A | Dividend | J | T | | | | | |
| 55. FNB DAILY FUND - IRA | A | Dividend | L | T | | | | | |
| 56. APPLE COMPUTER - COMMON STOCK | | None | J | T | | | | | |
| 57. STREETTRACKS GOLD TR GOLD - COMMON STOCK | | None | J | T | | | | | |
| 58. ISHARES SILVER TR - COMMON STOCK | | None | J | T | | | | | |
| 59. ULTRA SHORT SMALL CAP PRO FUND MUTUAL FUND | | None | | | Sold | 1/30 | J | | |
| 60. ULTRA SHORT OTC PRO FUND INVESTOR MUTUAL FUND | | None | | | Sold | 8/29 | J | | |
| 61. FIDELITY SHORT TERM BOND FUND MUTUAL FUND - FSHBX | A | Dividend | | | Sold | 10/28 | J | | |
| 62. VANGUARD SMALL CAP MUTUAL FUND - VB | A | Dividend | | | Sold | 2/11 | J | | |
| 63. VANGUARD VALUE MUTUAL FUND - VUVLX | A | Dividend | | | Sold | 2/11 | J | | |
| 64. FEDERATED TOTAL RETURN BD MUTUAL FUND - IRA - FTRBX | B | Dividend | K | T | | | | | |
| 65. VANGUARD INTERM TERM BOND INDEX FUND - IRA - VIBSX | C | Dividend | L | T | | | | | |
| 66. VANGUARD SHORT-TERM FED-ADM #549 MUTUAL FUND - IRA VSGDX | B | Dividend | L | T | | | | | |
| 67. TARGET CORP - COMMON STOCK - IRA | A | Dividend | J | T | | | | | |
| 68. WALGREEN CO - COMMON STOCK - IRA | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. WELLS FARGO & CO - COMMON STOCK - IRA | A | Dividend | J | T | | | | | |
| 70. RR DONNELLEY & SONS CO - COMMON STOCK - IRA | A | Dividend | J | T | | | | | |
| 71. UNITED PARCEL SERVICE CL B - COMMON STOCK - IRA | A | Dividend | J | T | | | | | |
| 72. APPLIED MATERIALS - COMMON STOCK - IRA | A | Dividend | J | T | | | | | |
| 73. INTEL CORP - COMMON STOCK - IRA | A | Dividend | J | T | | | | | |
| 74. MICROSOFT CORP - COMMON STOCK - IRA | A | Dividend | J | T | | | | | |
| 75. SELECT SECTOR SPDR TR UTILITIES - COMMON STOCK - IRA | A | Dividend | K | T | | | | | |
| 76. SELECT SECTOR SPDR TR MATERIALS - COMMON STOCK - IRA | A | Dividend | J | T | | | | | |
| 77. DODGE & COX STOCK FUND - MUTUAL FUND - IRA | B | Dividend | L | T | | | | | |
| 78. FIDELITY FUND (FFIDX) - MUTUAL FUND | A | Dividend | J | T | | | | | |
| 79. OPPENHEIMER MONEY MARKET - MUTUAL FUND | A | Dividend | J | T | | | | | |
| 80. MEREDITH CORP - IRA | A | Dividend | J | T | | | | | |
| 81. CITIGROUP - IRA | A | Dividend | J | T | | | | | |
| 82. ENI SPA SPON ADR | A | Dividend | | | Sold | 12/29 | J | | |
| 83. FEDERATED STRATEGIC VALUE FUND #662 - IRA | A | Dividend | K | T | | | | | |
| 84. OAKMARK INT'L #109 - IRA | A | Dividend | J | T | | | | | |
| 85. HARBOR INT'L FUND #11 - IRA | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,000 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. TYCO ELECTRONICS LTD - IRA | A | Dividend | | | Sold | 12/29 | J | | |
| 87. COVIDIEN - IRA | A | Dividend | | | Sold | 12/29 | J | | |
| 88. BAIDU COM INC SPON ADR | | None | J | T | | | | | |
| 89. GOLDEN TELECOM INC | | None | | | Sold | 3/27 | J | A | |
| 90. LIBERTY GLOBAL INC | | None | J | T | | | | | |
| 91. S&P MID CAP 400 | A | Dividend | J | T | | | | | |
| 92. ORRSTOWN FINANCIAL SERVICES | A | Dividend | J | T | | | | | |
| 93. SUSQUEHANNA BANK | A | Dividend | J | T | | | | | |
| 94. AMERICAN CENTURY MID CAP VALUE | A | Dividend | J | T | | | | | |
| 95. BRIDGEWAY LARGE CAP GROWTH | A | Dividend | J | T | | | | | |
| 96. FIDELITY BALANCED FBALX | A | Dividend | J | T | | | | | |
| 97. CURRENCY SHARES - JAPENESE YEN | | None | | | Sold | 1/30 | J | A | |
| 98. NABORS INDUSTRIES | | None | | | Sold | 2/14 | J | A | |
| 99. HERCULES OFFSHORE | | None | | | Sold | 2/12 | J | | |
| 100. SWEDISH EXPT CR CORP ELEMENTS | | None | J | T | | | | | |
| 101. ANNALY CAPITAL MANAGMENT | A | Dividend | | | Sold | 2/12 | J | B | |
| 102. SAN JUAN BASIN REALTY | A | Royalty | | | Sold | 3/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. APPLE COMPUTER | | None | | | Sold | 5/9 | K | D | |
| 104. MID CAP S PDR TRUST MDY | A | Dividend | | | Sold | 2/11 | J | | |
| 105. VANGUARD MID CAP VO | | None | | | Sold | 1/16 | J | | |
| 106. VANGUARD US VALUE VUVLX | A | Dividend | J | T | | | | | |
| 107. FEDERATED STRATEGIC VALUE #662 - IRA - SVAIX | A | Dividend | J | T | | | | | |
| 108. FAIRPOINT COMMUNICATIONS | | None | | | Spinoff (from line 54) | 4/17 | J | | |
| 109. FAIRPOINT COMMUNICATIONS | | None | | | Sold | 12/28 | J | | |
| 110. TRANSOCEAN INC | | None | | | Buy | 9/22 | J | | |
| 111. TRANSOCEAN INC | | None | | | Sold | 10/1 | J | | |
| 112. COPA HOLDINGS | A | Dividend | | | Buy | 5/19 | J | | |
| 113. COPA HOLDINGS | A | Dividend | | | Sold | 6/30 | J | | |
| 114. BARCLAYS BANK | | None | | | Buy | 5/8 | J | | |
| 115. BARCLAYS BANK | | None | | | Sold | 8/20 | J | A | |
| 116. BOEING | | None | | | Buy | 3/20 | J | | |
| 117. BOEING | | None | | | Sold | 4/28 | J | A | |
| 118. BRISTOL MYERS | | None | | | Buy | 10/1 | J | | |
| 119. BRISTOL MYERS | | None | | | Sold | 12/23 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. CATERPILLAR | A | Dividend | | | Buy | 3/20 | J | | |
| 121. CATERPILLAR | A | Dividend | | | Sold | 4/21 | J | A | |
| 122. CONTINENTAL AIRLINES | | None | | | Buy | 5/19 | J | | |
| 123. CONTINENTAL AIRLINES | | None | | | Sold | 5/20 | J | | |
| 124. JAPANESE YEN CURRENCY SHARES | | None | | | Buy | 2/22 | J | | |
| 125. JAPANESE YEN CURRENCY SHARES | | None | | | Sold | 3/18 | J | A | |
| 126. JAPANESE YEN CURRENCY SHARES | | None | | | Buy | 4/29 | J | | |
| 127. JAPANESE YEN CURRENCY SHARES | | None | | | Sold | 8/6 | J | | |
| 128. E I DUPONT | | None | | | Buy | 3/17 | J | | |
| 129. E I DUPONT | | None | | | Sold | 4/22 | J | A | |
| 130. GLAXO SMITH KLINE | | None | | | Buy | 9/24 | J | | |
| 131. GLAXO SMITH KLINE | | None | | | Sold | 12/26 | J | | |
| 132. JOY GLOBAL INC | | None | | | Buy | 3/17 | J | | |
| 133. JOY GLOBAL INC | | None | | | Sold | 4/24 | J | A | |
| 134. NEWMONT MINING | A | Dividend | | | Buy | 1/2 | J | | |
| 135. NEWMONT MINING | A | Dividend | | | Sold | 3/17 | J | A | |
| 136. NORFOLK SOUTHERN | | None | | | Buy | 3/24 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. NORFOLK SOUTHERN | | None | | | Sold | 4/28 | J | A | |
| 138. PFIZER | A | Dividend | | | Buy | 4/21 | J | | |
| 139. PFIZER | A | Dividend | | | Sold | 8/20 | J | | |
| 140. PRO SHARES SHORT MSCI EMERGING MKT | | None | | | Buy | 2/13 | J | | |
| 141. PRO SHARES SHORT MSCI EMERGING MKT | | None | | | Sold | 3/12 | J | | |
| 142. PRO SHARES ULTRA SHORT FINANCI ALS | | None | | | Buy | 7/23 | J | | |
| 143. PRO SHARES ULTRA SHORT FINANCI ALS | | None | | | Sold | 8/29 | J | | |
| 144. PRO SHARES ULTRA SHORT RUSSELL 2000 | | None | | | Buy | 2/22 | J | | |
| 145. PRO SHARES ULTRA SHORT RUSSELL 2000 | | None | | | Sold | 3/12 | J | A | |
| 146. PRO SHARES ULTRA SHORT RUSSELL 2000 | | None | | | Buy | 5/1 | J | | |
| 147. PRO SHARES ULTRA SHORT RUSSELL 2000 | | None | | | Sold | 9/15 | J | | |
| 148. RYDEX INVERSE GOVT LONG BOND | | None | | | Buy | 2/11 | J | | |
| 149. RYDEX INVERSE GOVT LONG BOND | | None | | | Sold | 4/28 | J | A | |
| 150. PRO SHARES MSCI EMERGING MKT | | None | | | Buy | 5/15 | J | | |
| 151. PRO SHARES MSCI EMERGING MKT | | None | | | Sold | 9/12 | J | B | |
| 152. SCHERING PLOUGH | A | Dividend | | | Buy | 9/24 | J | | |
| 153. SCHERING PLOUGH | A | Dividend | | | Sold | 12/26 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. TEREX CORP | | None | | | Buy | 3/17 | J | | |
| 155. TEREX CORP | | None | | | Sold | 4/24 | J | A | |
| 156. NEWMONT MINING | A | Dividend | J | T | Buy | 5/19 | J | | |
| 157. MARKET VECTORS ETF TR GOLD MINERS | | None | J | T | Buy | 8/12 | J | | |
| 158. MARKET VECTORS ETF TR GOLD MINERS | | None | J | T | Buy | 9/15 | J | | |
| 159. ANNALY CAPITAL MANAGEMENT INC | A | Dividend | J | T | Buy | 9/15 | J | | |
| 160. ANNALY CAPITAL MANAGEMENT INC | A | Dividend | J | T | Buy | 9/29 | J | | |
| 161. MCDERMOTT INT'L INC | | None | J | T | Buy | 9/27 | J | | |
| 162. CONTINENTAL AIRLINES | | None | J | T | Buy | 12/26 | J | | |
| 163. US AIRWAYS | | None | J | T | Buy | 12/26 | J | | |
| 164. TREASURY FUND CAPITAL RESERVES | A | Dividend | J | T | Buy | 6/15 | J | | |
| 165. WALT DISNEY CO | A | Dividend | J | T | Buy | 1/7 | J | | |
| 166. PHOENIX CONTRACTING - FAMILY BUSINESS | A | Distribution | J | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART VII - INVESTMENTS AND TRUSTS

ITEMS 158 AND 159 FROM THE 2007 REPORT WERE SOLD IN 2007 AND REPORTED AS SOLD IN 2007 BUT ERRONEOUSLY SHOWN AT VALUE CODE J AT YEAR END.

ITEMS 47 AND 82 FROM THE 2007 REPORT ARE SAME STOCK (VERIZON - SYMBOL VZ) AND ARE COMBINED ON THIS YEAR'S REPORT AS ITEM 54.

ITEM 115 FROM THE 2007 REPORT (GARTMORE MONEY MARKET) IS A NAME CORRECTION FROM GARTMORE TO OPPENHEIMER (ITEM 79).

ITEM 166 - PHOENIX CONTRACTING WAS ADDED TO LIST THIS YEAR.  VALUE IS NOW OVER $1,000.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544